DAYLE ELIESON
United States Attorney
JEAN M. TURK; CASBN. 131517
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935; Facsimile: (415) 744-0134
E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

Daniel S. Jones *PRO HAC VICE*
Law Offices of Charles E. Binder and
Harry J. Binder, LLP
485 Madison Avenue, Suite 501, NY, NY 10022
New York, NY 10022
212-667-6801
Email: fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORI A COLWELL,<br><br>    Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>  Social Security,<br><br>    Defendant | CIVIL NO. 2:15-cv-00782 JCM-GWF<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>~~**[PROPOSED ORDER]**~~ |

TO THE HONORABLE GEORGE FOLEY, JR MAGISTRATE JUDGE OF THE DISTRICT COURT:

    Plaintiff, LORI A. COLWELL ("Plaintiff") and defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, HEREBY STIPULATE AND AGREE, through their attorneys, Daniel S. Jones acting on behalf of the Law Offices of Binder and Binder. LLP, attorneys for Plaintiff, and Jean M. Turk, Special Assistant United States Attorney, attorney for defendant, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND DOLLARS

AND NO CENTS ($ 5,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR HUNDRED DOLLARS AND NO CENTS in costs. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Respectfully submitted,

DATE: July 5, 2018

Law Offices of Charles E. Binder and
Harry J. Binder, LLP

/s/ *Daniel S. Jones*
DANIEL S. JONES
Attorney for plaintiff Lori A. Colwell

Dated: July 5, 2018

DAYLE ELIESON
United States Attorney

*/s/ Jean M. Turk*
JEAN M. TURK
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

DATED: July 6, 2018.

_____
HON. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Stip and Proposed Order for EAJA Fees CV 15-00782 JCM GWF

3