# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LORI A COLWELL,

                Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security

                Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00782 JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff for Attorney fees and expenses in the amount of $5,000.00 and $400.00 in costs.

July 6, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk